ANGELA L. PADILLA (STATE BAR NO. 154836)
apadilla@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

JULIO C. AVALOS (STATE BAR NO. 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     +1-650-614-7400
Facsimile:      +1-650-614-7401

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIFIED ECM, INC., on behalf of itself and all others similarly situated, | Case No.  CV-09-3430 |
| | Assigned To: Hon. Judge Jeremy Fogel |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
| v. | |
| FACEBOOK, INC. | Complaint Filed: July 27, 2009 |
| Defendant. | |

This stipulation is entered into by and between Plaintiff Unified ECM, Inc. ("Plaintiff") and Defendant Facebook, Inc. ("Defendant") through their respective counsel as follows:

WHEREAS, on July 27, 2009 Plaintiff filed its Class Action Complaint against Facebook;

WHEREAS, on August 11, 2009, respective counsel for the parties agreed to grant Defendant a two-week extension to Respond to Plaintiff's Complaint;

WHEREAS, on August 19, 2009, the Court entered an Order Relating This Case to Rootzoo, Inc. v. Facebook, C09-03043 ("Rootzoo") (Dkt. No. 8);

WHEREAS, on August 20, 2009, counsel for the parties agreed to a further extension of Facebook's deadline to respond to the Complaint in order both to reconcile the deadline in this case with that in the related Rootzoo matter as well as in response to personal illness and travel issues raised by Defense counsel;

NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and agreed that Facebook's deadline to file its responses to Plaintiff's Complaint is hereby extended to September 8, 2009.

Dated: August 20, 2009                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                          /s/ Angela L. Padilla
                                          ANGELA L. PADILLA
                                          Attorneys for Defendant
                                          FACEBOOK, INC.

Dated: August 20, 2009                    FINKELSTEIN THOMPSON LLP



                                          /s/ Rosemary M. Rivas
                                          ROSEMARY M. RIVAS
                                          Attorneys for Plaintiff
                                          UNIFIED ECM, INC.

1 **Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 20, 2009

Respectfully submitted,

/s/ Angela L. Padilla
ANGELA L. PADILLA

1  **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation, Facebook's deadline to respond to Plaintiff's

3  Complaint is extended to September 8, 2009.

4

5      IT IS SO ORDERED.

6  DATED: August ___, 2009

7                                  Hon. Jeremy Fogel
8                                  UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 20, 2009.

Dated: August 20, 2009                                   Respectfully submitted,

                                                                                    /s/ Angela L. Padilla
                                                                                   ANGELA L. PADILLA